Jessica Blome (Cal. Bar No. 314898)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: jblome@greenfirelaw.com
   rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE KOHLERITER, MARY KONCEL, LAURA LEIGH, individually and WILD HORSE EDUCATION, a non-profit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOM SCHULTZ, Chief, U.S. FOREST SERVICE, JASON KUIKEN, Acting Regional Forester, Pacific Southwest Region, CHRISTOPHER BIELECKI, Forest Supervisor, Modoc National Forest, MADELEINE LEVY, Wild Horse and Burro Specialist, Modoc National Forest, and BROOKE ROLLINS, Secretary, U.S. DEPARTMENT OF AGRICULTURE,<br><br>    Defendants. | Case No. 2:25-cv-02446-DJC-JDP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER** |

1. This matter came before the Court on Plaintiffs' Verified Complaint for Declaratory and Injunctive Relief and Motion for Temporary Restraining Order and Preliminary Injunction, with supporting declaration and exhibits, on _____ at _____. Based on the pleadings, evidence, and oral argument, the Court makes the following findings and issues the following restraining order:

      a. For the purposes of this Order, this Court has jurisdiction over the subject matter of this action and the parties. The subject matter of this action involves alleged violations of the Wild Free-Roaming Horses and Burros Act (WHA), National Environmental Policy Act (NEPA), and First Amendment of the United States Constitution, as alleged in Plaintiffs' Motion.

      b. Plaintiffs will be irreparably harmed if Defendants proceed with the gather and removal of wild horses of the Devil's Garden Plateau Wild Horse Territory without complying with the WHA, NEPA, and First Amendment, as alleged in Plaintiffs' Motion.

      c. No interim harm will result if the Court grants Plaintiffs' request for a temporary restraining order that preserves the status quo pending the outcome of a hearing on Plaintiffs' request for preliminary injunction.

2. This temporary restraining order is issued and effective on _____ at _____.

IT IS THEREFORE ORDERED that Defendants, their agents, employees, and assigns are enjoined and restrained from conducting any activities related to the gather and removal of wild horses from the Devil's Garden Plateau Wild Horse Territory for a period of _____ days beginning on the date of the Court's entry of this order. Defendants must cease and desist gather activities immediately.

IT IS FURTHER ORDERED that the hearing on the preliminary injunction will occur before this Court on _____ at _____. Responsive papers are to be filed no later than _____.

Date: _____

                                                       UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER