UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**TEMPORARY RESTRAINING ORDER
(TRO)
CHECKLIST**

**NOTE:** When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach it to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A) *Check one.*   Filing party is represented by counsel   ☑

   Filing party is acting in pro se   ☐

(B) Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 231 and FRCP 65(b).*

**Yes.**

Did applicant discuss alternatives to a TRO hearing?

**Yes. Applicants asked opponent to halt the challenged action until applicable laws are followed and/or a gather plan (or other plan with a gather action) is adopted with an Environmental Impact Statement/ Record of Decision.**

Did applicant ask opponent to stipulate to a TRO?

**Applicants asked opponent to halt challenged action until applicable laws followed and/or a gather plan adopted with Environmental Impact Statement/Record of Decision, or in the alternative, Applicants would seek legal intervention. Defendants responded they would not halt the challenged action.**

Opposing Party: **See attachment 1**

Telephone No.: **See attachment 1**

(C) Has there been undue delay in bringing a TRO?

**No, as addressed in the Declaration of Jennifer Rae Lovko, accompanying Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (at paragraphs 15-19), Applicants have moved with haste in seeking a TRO.**

Could this have been brought earlier?

   Yes: ☐   No: ☑

(D)  What is the irreparable injury?

    **Defendants will gather/remove wild horses from the Devil's Garden Plateau Wild Horse Territory on September 2, 2025 in violation of the APA, NEPA, and Wild Horse Act. Applicants' aesthetic, recreational, and conservation interests in these horses are injured by Defendants' unlawful gather/removal.**

    Why the need for an expedited hearing?

    **Defendants only announced their decision to implement this gather/removal on August 15, 2025. The gather/removal will begin on September 2, 2025.**

(E)  Documents to be filed and (unless impossible) served on affected parties/counsel:

- ☑ (1) Complaint
- ☑ (2) Motion for TRO
- ☑ (3) Brief on all legal issued presented by the motion
- ☑ (4) Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given
- ☑ (5) Affidavit in support of existence of irreparable harm
- ☐ (6) Proposed order with provision for bond
- ☑ (7) Proposed order with blanks for fixing:
    - ☑ Time and date of hearing for motion for preliminary injunction
    - ☑ Date for filing responsive papers
    - ☐ Amount of bond, if any
    - ☑ Date and hour of issuance
- ☐ (8) For TROs requested *ex parte*, proposed order shall notify affected parties they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow.  *See Local Rule 231 and FRCP 65(b)*

EXHIBIT 1 to TRO CHECKLIST

Applicants do not have confirmed telephone numbers for each Defendant in this action nor are Applicants aware of what legal counsel will be opposing the Motion for TRO/Preliminary Injunction.

However, during meet and confer efforts, Chris Bielecki (Forest Supervisor of the Modoc National Forest, USDA Forest Service) has been the point of contact. His number is (p) 530-233-8700; (c) 530-801-1637.