# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE KOHLERITER, et al., | |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-2446-DJC-JDP |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | **ORDER** |
| Defendants. | |

IT IS HEREBY ORDERED that Federal Defendants' deadline to file a response to Plaintiffs' Motion for Temporary Restraining Order be extended until August 28, 2025 at 8:00 p.m., and that the hearing set for August 28, 2025 at 4:00 p.m. be reset for Friday August 29, 2025 at 10:00 a.m.

Dated: August 28, 2025       /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

1