# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE KOHLERITER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 2:25-cv-2446-DJC-JDP<br><br>**ORDER** |

The Court hereby extends Federal Defendants' deadline to respond to Plaintiffs' First Amended Complaint until December 19, 2025.

IT IS SO ORDERED.

Dated: November 21, 2025              /s/ Daniel J. Calabretta
                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                       UNITED STATES DISTRICT JUDGE