**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE KOHLERITER, et al., | Case No. 2:25-cv-2446-DJC-JDP |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

The Court hereby extends the summary judgment briefing deadlines in this case and resets the hearing for the cross-motions for summary judgment as follows:

- Plaintiffs shall file their Motion for Summary Judgment on or before July 17, 2026.
- Federal Defendants shall file their combined Cross-Motion for Summary Judgment and response to Plaintiffs' Motion for Summary Judgment on August 21, 2026.

////

////

////

Order
Case No. 2:25-cv-2446-DJC-JDP

1

- Plaintiffs shall file their combined reply in support of their Motion for Summary Judgment and opposition to Federal Defendants' Cross-Motion for Summary Judgment on September 11, 2026.

- Federal Defendants shall file their reply in support of their Cross-Motion for Summary Judgment on October 2, 2026.

- Hearing: November 5, 2026, at 1:30 PM.

IT IS SO ORDERED.

Dated:  May 12, 2026                            /s/ Daniel J. Calabretta
                                               THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE