**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE KOHLERITER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 2:25-cv-2446-DJC-JDP<br><br>**ORDER** |

**ORDER**

Having reviewed the Parties' stipulation, for good cause shown, the Court hereby ORDERS as follows:

- Plaintiffs shall file their Motion for Summary Judgment on or before August 14, 2026. Plaintiffs' memorandum in support of its motion for summary judgment shall not exceed 40 pages.[1]
- Federal Defendants shall file their combined Cross-Motion for Summary Judgment and response to Plaintiffs' Motion for Summary Judgment on September 25, 2026. Federal Defendants' combined opposition and memorandum in support of their cross-motion for summary judgment shall not exceed 40 pages.
- Plaintiffs shall file their combined reply in support of their Motion for Summary Judgment and opposition to Federal Defendants' Cross-Motion for Summary Judgment on October 16, 2026. Plaintiffs' combined reply and opposition to the cross-motion for summary judgment shall not exceed 15 pages.
- Federal Defendants shall file their reply in support of their Cross-Motion for Summary Judgment on November 6, 2026. Federal Defendants' reply shall not exceed 15 pages.
- Hearing: December 17, 2026, at 1:30 PM.

IT IS SO ORDERED.

Dated: July 31, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

[1] All page limits in this Order exclude the caption, signature block, and tables.