Jessica Blome (Cal. Bar No. 314898)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BONNIE KOHLERITER, MARY KONCEL, LAURA LEIGH, individually and WILD HORSE EDUCATION, a non-profit corporation,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, BROOKE ROLLINS, Secretary of the United States Department of Agriculture, UNITED STATES FOREST SERVICE, and TOM SCHULTZ, Chief of the United States Forest Service,

Defendants.

Case No. 2:25-cv-02446-DJC-JDP

**THIRD STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER**

Plaintiffs and Federal Defendants file this THIRD stipulation to extend the Parties' deadlines for their cross-motions for summary judgment. In support of this stipulation, the Parties state the following:

1. On January 21, 2026, the Court issued an order setting a schedule for this litigation, including a briefing schedule for the Parties' cross-motions for summary judgment. ECF No. 46.

2. On May 12, 2026, the Court issued an order extending the deadlines for litigation, including a briefing schedule for the Parties' cross-motions for summary judgment. ECF No. 50

3. On August 3, 2026, the Court issued an order adopting the Parties' stipulation to an amended briefing schedule and setting page limits for the Parties' summary judgment and cross-motions for summary judgment. ECF No. 52.

4. Counsel for Plaintiffs have met and conferred with Federal Defendants regarding an additional seven-day extension of the summary briefing deadlines. Counsel for Plaintiffs has just returned on a part-time basis from an unanticipated medical leave. Plaintiffs request another brief extension of the briefing deadlines to allow sufficient time to fully brief the issues in this matter. Federal Defendants do not object to an extension.

5. Thus, the Parties stipulate to the following schedule and page limits:

- Plaintiffs shall file their Motion for Summary Judgment on or before September 18, 2026. Plaintiffs' memorandum in support of its motion for summary judgment shall not exceed 40 pages.[1]

- Federal Defendants shall file their combined Cross-Motion for Summary Judgment and response to Plaintiffs' Motion for Summary Judgment on October 30, 2026. Federal Defendants' combined opposition and memorandum in support of their cross-motion for summary judgment shall not exceed 40 pages.

- Plaintiffs shall file their combined reply in support of their Motion for Summary Judgment and opposition to Federal Defendants' Cross-Motion for

[1] All page limits proposed in this Stipulation exclude the caption, signature block, and tables.

Summary Judgment on November 20, 2026. Plaintiffs' combined reply and opposition to the cross-motion for summary judgment shall not exceed 15 pages.

- Federal Defendants shall file their reply in support of their Cross-Motion for Summary Judgment on December 18, 2026. Federal Defendants' reply shall not exceed 15 pages.

- **Hearing**: February 4, 2027, at 1:30 PM, or as soon thereafter as possible.

6. The Parties' request is made in good faith, good cause exists for the request, and it is not being made for dilatory or any improper purpose.

7. This is the Parties' third request for an extension of the summary judgment briefing deadlines.

8. For the foregoing reasons, the Parties request that the Court approve this stipulation and extend the deadlines for summary judgment as stated in Paragraph 5 above.

DATED: September 8, 2026 Respectfully submitted,

*/s/ Jessica L. Blome*
Jessica L. Blome
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorney for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Kamela A. Caschette*
KAMELA A. CASCHETTE
Trial Attorney (New York Bar)
Wildlife & Marine Resources Section
KYLE LYONS-BURKE
Trial Attorney (VA Bar No. 92373)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel.: (202) 598-7868 (Caschette)
(202) 598-3377 (Lyons-Burke)
Kamela.Caschette@usdoj.gov
Kyle.Lyons-Burke@usdoj.gov

*Attorneys for Federal Defendants*

IT IS SO ORDERED.

Dated: September 9, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE