**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE KOHLERITER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 2:25-cv-2446-DJC-JDP<br><br>**ORDER** |

Having reviewed the Parties' stipulation, for good cause shown, the Court hereby ORDERS as follows:

- Federal Defendants shall file their combined Cross-Motion for Summary Judgment and response to Plaintiffs' Motion for Summary Judgment on November 24, 2026.
- Plaintiffs shall file their combined reply in support of their Motion for Summary Judgment and opposition to Federal Defendants' Cross-Motion for Summary Judgment on January 5, 2027.
- Federal Defendants shall file their reply in support of their Cross-Motion for Summary Judgment on February 2, 2027.
- Hearing: March 4, 2027, at 1:30 PM.

IT IS SO ORDERED.

Dated: October 23, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE